IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSIE PICKETT   :
          :
  Plaintiff(s)   :
          : Case Number: 1:03-cv-00200
 vs.       :
          : Senior District Judge S. Arthur Spiegel
WANZA JACKSON   :
          :
  Defendant(s)  :

JUDGMENT IN A CIVIL CASE

  Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .Accordingly, the Magistrate Judge's Report and Recommendation (doc. 11) is hereby ADOPTED IN ITS ENTIRETY.  Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED WITH PREJUDICE (doc. 1).   Furthermore a certificate of appealability SHALL NOT ISSUE with respect to Petitioner's claims alleged in grounds two and three of his Writ.  However, a certificate of appealability SHALL ISSUE as to ground one found in Petitioner's Writ.  Additionally, the Court GRANTS Petitioner leave to appeal in forma pauperis upon a showing of financial necessity.

10/14/05                   James Bonini, Clerk

                       s/Kevin Moser
                       Kevin Moser
                       Deputy Clerk